UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| AUSTIN JAMES PYRON,<br><br>     Plaintiff,<br><br>v.<br><br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>     Defendant. | Case No.: 3:23-cv-00242-KHJ-MTP |

STIPULATION TO DISMISS
PURSAUNT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**COMES NOW** the above-named Plaintiff and Defendant by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned matter may be and hereby is dismissed with prejudice, and without costs.

                                                        **JOHNSON BECKER, PLLC**

Dated: April 16, 2024                */s/ Adam J. Kress*
                                                   Kenneth W. Pearson, Esq. (MN Bar #016088X)
                                                     *Admitted Pro Hac Vice*
                                                   Adam J. Kress, Esq.  (MN Bar #0397289)
                                                     *Admitted Pro Hac Vice*
                                                   444 Cedar Street, Suite 1800
                                                   Saint Paul, MN 55101
                                                   Phone: (612) 436-1800
                                                   kpearson@johnsonbecker.com
                                                   akress@johnsonbecker.com

*In association with:*

**TYNES LAW FIRM, P.A.**

Douglas Tynes, Jr.
P.O. Drawer 966
525 Krebs Ave.
Pascagoula, MS 39568-0966
(228) 769-7736
(228) 769-8466 fax
monte@tyneslawfirm.com

***Attorneys for Plaintiff Austin Pyron***

**COSMICH, SIMMONS & BROWN, PLLC**

One Eastover Center
100 Vision Drive, Suite 200 (39211)
Post Office Box 22626
Jackson, Mississippi 39225-2626
601-863-2100 Telephone
601-519-0324 (direct)
601-863-0078 Facsimile
Email: clare.millette@cs-law.com

**CLYDE & CO., US LLP**

30 S Wacker Drive
Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
bill.swallow@clydeco.us
daniel.pammer@clydeco.us